No. 12-15-00002-CR

FILED IN COURT OF APPEALS
12th Court of Appeals District

MAY 22 2015 e/KM

CATHY S. LUSK, CLERK

| Q'ANDREW SHELTON | § | IN THE COURT OF APPEALS TEXAS |
| Appellant | § | |
| | § | |
| vs. | § | 12TH JUDICIAL DISTRICT |
| | § | |
| THE STATE OF TEXAS, | § | |
| Appellee | § | AT TYLER, TEXAS |

## APPELLANT'S MOTION TO INSPECT RECORDS FOR PURPOSES OF APPEAL

**TO THE HONORABLE COURT:**

Now comes the Appellant in the above entitled and numbered cause, and makes this Motion, and for good cause shows the following:

## I.

Appellant is currently represented by appointed counsel in this matter. Appointed counsel has filed an *Anders* brief in this case. Appellant desires to inspect the records in this case for purposes of filing a *pro se* brief with the Court.

## II.

Appellant is indigent and, therefore, unable to obtain a purchased copy of the Clerk's and Reporter's Records. Thus, pursuant to the Court of Criminal Appeals holding in *Kelly v. State*, PD-0702-13 (June 25, 2014), a request is made for the Court's assistance in facilitating access to these records.

**WHEREFORE, PREMISES CONSIDERED**, undersigned counsel respectfully prays that, in accordance with the applicable law, the Court grant this motion.

Respectfully submitted,

Q'ANDREW SHELTON
Inmate 01981062
Byrd Unit
21 FM 247
Huntsville, TX 77320

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document was served on counsel for the State concurrently with its filing.

Q'ANDREW SHELTON